Rel: August 15, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2024-0576

Alvin Wilson and Karen Wilson v. Faye Tallent (Appeal from Morgan Circuit Court: CV-23-900079).

MENDHEIM, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Bryan, and McCool, JJ., concur.